IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP CARY PAPPAS,

          Plaintiff,                No. CIV S-10-1998 DAD P

    vs.

GARY SWARTHOUT, et al.,

          Defendants.          ORDER

_____/

         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  (Doc. No. 4.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 8, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md:sj
papp1998.59